No. 74–1333.  CARR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 507 F. 2d 191.

No. 74–1360.  PETERSON *v.* BLUE CROSS/BLUE SHIELD OF TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 508 F. 2d 55.

No. 74–1389.  AMENT ET AL. *v.* BROCKER.  Ct. App. Ohio, Mahoning County.  Certiorari denied.

No. 74–1428.  BROTT *v.* ST. FRANCIS HOSPITAL OF LYNWOOD.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–1429.  SIMES ET AL. *v.* HAASE ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–1469.  AMOCO PRODUCTION CO. ET AL. *v.* MIKE HOOKS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied. Reported below: 510 F. 2d 382.

No. 74–6051.  ROSENBERG *v.* SHUBIN, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 74–6162.  WHITE *v.* DALTON, U. S. DISTRICT JUDGE.  C. A. 4th Cir.  Certiorari denied.

No. 74–6223.  ROTHAERMEL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–6252.  STURGIS *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 74–6299.  HERNANDEZ *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.  Reported below: 508 F. 2d 712.

No. 74–6328.  BORUSKI *v.* UNITED STATES ET AL. C. A. 2d Cir.  Certiorari denied.

No. 74–6341.  BORUSKI *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.